**FILED
CLERK**

4:07 pm, Feb 10, 2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

Angelo Daidone, individually and on behalf of all others similarly situated,

                      Plaintiff,

   -v.-

Radius Global Solutions, LLC

                      Defendants.

-----------------------------------------------------------------------------x

Civil Action No:
2:21-cv-4538

SO ORDERED.
/s/ JMA, USDJ
2/10/2022

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff Angelo Daidone and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 9, 2022

| **For Plaintiff Angelo Daidone**<br><br>*/s/ Tamir Saland*<br>Tamir Saland<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>tsaland@steinsakslegal.com | **For Defendant Radius Global Solutions, LLC**<br><br>*/s/ Kirsten H. Smith*<br>Kirsten H. Smith<br>Sessions, Israel & Shartle<br>3850 North Causeway Blvd ste 200<br>Metairie, LA 70002<br>Ph:  (504) 846-7943<br>ksmith@sessions.legal |
|---|---|

1

## CERTIFICATE OF SERVICE

I certify that on February 9, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          */s/ Tamir Saland*
                                                          Tamir Saland
                                                          **Stein Saks, PLLC**
                                                          One University Plaza
                                                          Hackensack, NJ 07601
                                                          *Attorneys for Plaintiff*